BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ADOLFO GUEVARA-ZEPEDA,<br><br>                    Defendant. | CASE NO.: 1:12-cr-00228-AWI-DLB<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE:    **October 1, 2012**<br>TIME:    10:00 a.m.<br>COURT:   Judge Ishii, Courtroom 2 |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and Patience Milrod, Counsel for Defendant Adolfo Guevara-Zepeda, that the status conference currently set for September 24, 2012, at 10:00 p.m., may be vacated and reset for change of plea before Judge Anthony Ishii on Monday, **October 1, 2012, at 10:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for

//

//

- 1 -     STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

1  effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and
2  3161(h)(7)(B)(I) and (iv) because the ends of justice served in
3  granting such continuance outweigh the best interests of the public
4  and the defendant in a speedy trial.

```
                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated: September 19, 2012     By:      /s/ Andrew L. Gradman
                                       ANDREW L. GRADMAN
                                       Special Assistant U.S. Attorney


Dated: September 19, 2012     By:      /s/ Patience Milrod
                                       PATIENCE MILDROD
                                       Attorney For Defendant
```

ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:  **September 20, 2012**             /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE